No. 552.   COMMISSIONERS OF ROAD IMPROVEMENT DISTRICT No. 2, OF LAFAYETTE COUNTY, ARKANSAS, *v.* ST. LOUIS SOUTHWESTERN RAILWAY COMPANY.   October 25, 1920.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted.   *Mr. Henry Moore, Jr.,* for petitioners.   No appearance for respondent.

———

No. 544.   JAMES J. RAFFERTY, COLLECTOR OF INTERNAL REVENUE FOR THE PHILIPPINE ISLANDS, *v.* SMITH, BELL & COMPANY, LIMITED.   November 15, 1920.   Petition for a writ of certiorari to the Supreme Court of the Philippine Islands granted.   *Mr. Charles Marvin* for petitioner.   *Mr. Clarence B. Miller* for respondent.

———

No. 548.   JAMES J. RAFFERTY, COLLECTOR OF INTERNAL REVENUE FOR THE PHILIPPINE ISLANDS, *v.* COMPANIA GENERAL DE TABACOS DE FILIPINAS.   November 15, 1920.   Petition for a writ of certiorari to the Supreme Court of the Philippine Islands granted.   *Mr. Charles Marvin* for petitioner.   *Mr. Clarence B. Miller* for respondent.